IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSEPH BRACKSTON RICKS, II, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF NASHVILLE, GEORGIA; DET. DONALD FRANKLIN, in his official and individual capacities; and JOHN DOES 1-5, in their official and individual capacities <br><br> Defendants. | Civil Action File No: <br> 7:14-CV-00068(HL) |

## ORDER STAYING PROCEEDINGS

The Court having considered the parties' Joint Motion for Stay of Proceedings in this case and it appearing that all parties consent to the same,

It is hereby ORDERED that the proceedings be stayed until September 15, 2014.  If the parties are unable to reach a settlement agreement, a notice of the lifting of the stay shall be filed with Court, along with an amended Scheduling and Discovery Report, no later than September 22, 2014.

Any reply brief by the Defendants related to their Motion to Dismiss (Docket No. 9) shall be filed on or before September 22, 2014.  Any response brief

by Plaintiff related to Defendants' Motion to Stay Discovery (Docket No. 15) and Motion to Dismiss First Amended Complaint ( Docket No. 18) shall be filed on or before September 22, 2014.

SO ORDERED, this __15th__ day of __August__, 2014.

___s/ Hugh Lawson_____
HUGH LAWSON
United States Senior District Judge
Court